KAREN P. HEWITT
United States Attorney
TARA K. McGRATH
Assistant United States Attorney
California State Bar No. 254209
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
(619) 557-6920 (Phone)        (619) 235-5111 (Fax)
E-mail: Tara.McGrath@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MIGUEL DE LA CRUZ, ) <br> ) <br> Defendant. ) <br> ) | Criminal Case No. 08-CR-1680-L <br><br> NOTICE OF APPEARANCE |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case:

U S Attorney CR.

Please feel free to call me if you have any questions about this notice.

DATED: June 27, 2008.

KAREN P. HEWITT
United States Attorney

s/ *Tara K. McGrath*
Tara K. McGrath
Assistant United States Attorney

08-CR-1680-L

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　 )<br>　　　　　　Plaintiff, 　　　　　　　)<br>　　　　　　　　　　　　　　　　 )<br>　　　v.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　 )<br>MIGUEL DE LA CRUZ, 　　　　　　)<br>　　　　　　　　　　　　　　　　 )<br>　　　　　　Defendant.　　　　　　 )<br>　　　　　　　　　　　　　　　　 ) | Criminal Case No. 08-CR-1680-L<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

　　　I, Tara K. McGrath, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

　　　I am not a party to the above-entitled action. I have caused service of the foregoing NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

　　　1.　　George Hunt
　　　　　　4070 Goldfinch Street, Suite A
　　　　　　San Diego, CA 92103
　　　　　　Attorney for Defendant

　　　I declare under penalty of perjury that the foregoing is true and correct.

　　　EXECUTED on June 27, 2008.

　　　　　　　　　　　　　　　　　　　　　　s/ *Tara K. McGrath*
　　　　　　　　　　　　　　　　　　　　　　TARA K. McGRATH